53 So.2d 633

## BROWN v. STATE.

### 7 Div. 155.

Court of Appeals of Alabama.
June 29, 1951.

Irby A. Keener, Centre, and E. L. Roberts, Gadsden, for appellant.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., for the State.

PRICE, Judge.

This is an appeal by the defendant from a judgment of conviction in a bastardy proceeding.

There being no compliance with Supreme Court Rule of Practice No. 1, Code 1940, Title 7 Appendix, requiring assignment of error, this court is without authority to undertake a review. Williams v. State, 117 Ala. 199, 23 So. 42; Lindsey v. State, 30 Ala.App. 318, 5 So.2d 352; Oliver v. State, 31 Ala.App. 146, 13 So.2d 891;

Haynie v. State, 33 Ala.App. 581, 35 So.2d 573.

The judgment of the circuit court. is affirmed.

Affirmed.